**Order entered November 6, 2019**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00570-CR

**ABREHAM MAMO WOLDE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-00336-H**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief has not been filed. On November 1, 2019, a supplemental clerk's record with findings and recommendations was filed. We **ADOPT** the trial court's October 31, 2019 findings that (1) appellant wishes to prosecute this appeal; (2) appellant is indigent and is represented by appointed counsel; and (3) counsel would file a brief by the first of the week.

On November 2, 2019, the brief was tendered along with a motion for extension of time. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to April Smith; and to the Dallas County District Attorney's Office.

/s/     CORY L. CARLYLE
            JUSTICE